No. 167. RUBERT HERMANOS v. LÓPEZ ET AL.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 8, 1907.

Desestimada la apelación por incumplimiento del artículo 54 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sr. Alvarez Nava.* Abogado de la parte contraria: *Sr. López Landrón.*

